UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

In Re:
Rhett B. Nelson,

Debtor(s).

Chapter 13
Case No.   19-10956-JDW

## Notice of Filing Amended Chapter 13 Plan and Motions for Valuation and Lien Avoidance

The above-named Debtor(s) has filed an Amended *Chapter 13 Plan and Motions for Valuation and Lien Avoidance* (the "Plan") with the Bankruptcy Court in the above-referenced case (see attachment).

Any objection to confirmation of the Plan or the motions contained therein shall be filed in writing with the Clerk of Court at 703 Hwy. 145 North, Aberdeen, MS 39730 on or before thirty (30) days from the date of this notice or the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I), whichever is later. Copies of the objection must be served on the Trustee, US Trustee, Debtor(s), and Attorney for Debtor(s).

Objections to confirmation will be heard on a date, time, and location set by the Court. If no objection is timely filed, the Plan may be confirmed without a hearing.

/s/ Jimmy E. McElroy MSB #2540           Dated:  April 4, 2019
Jimmy E. McElroy
Attorney for Debtor(s)
3780 S. Mendenhall
Memphis, Tennessee 38115
(901) 363-7283
Fax (901) 794-4335
mcelroylawms@hotmail.com

### CERTIFICATE OF SERVICE

The undersigned certifies that he/she, on April 4, 2019, electronically notified, mailed, postage prepaid, or hand delivered, a true and correct copies of the Amended Chapter 13 Plan and the Notice of Modification Prior to Confirmation to all interested parties.

/s/ Jimmy E. McElroy
Attorney for Debtor(s)

NAMES AND ADDRESSES OF ENTITIES SERVED:
Rhett Nelson, 306 Canal Ave., Cleveland, MS 38732
Locke Barkley, Chapter 13 Trustee - sbeasley@barkley13.com
US Trustee - USTPRegion05.AB.ECF@usdoj.gov
All Entities Listed on the Matrix (see attached)

```
Label Matrix for local noticing          American Car Center                    Locke D. Barkley
0537-1                                   6400 Winchester                        6360 I-55 North
Case 19-10956-SDM                        Memphis, TN 38115-8117                 Suite 140
Northern District of Mississippi                                                Jackson, MS 39211-2038
Aberdeen
Thu Apr  4 15:31:07 CDT 2019

Capital One                              Capital One Bank (USA), N.A.           First Premier
11013 W. Broad Street                    by American InfoSource as agent        3820 N. Louise
Glen Allen, VA 23060-6017                PO Box 71083                           Colman, SD 57017
                                         Charlotte, NC  28272-1083


(p)INTERNAL REVENUE SERVICE              Internal Revenue Service               Bradley P. Jones
CENTRALIZED INSOLVENCY OPERATIONS        Centralized Insolvency Operation       Shapiro & Brown, LLC
PO BOX 7346                              P.O. Box 7346                          1080 River Oaks Drive
PHILADELPHIA PA 19101-7346               Philadelphia, PA 19101-7346            Suite B-202
                                                                                Flowood, MS 39232-7603


Leigh A. Nelson                          Robert H. Lomenick Jr.                 MIDFIRST BANK
1419 Deering St.                         P.O. Box 417                           SHAPIRO & BROWN, LLC
Cleveland, MS 38732-3029                 Holly Springs, MS 38635-0417           1080 River Oaks Drive, Suite B-202
                                                                                Flowood, MS 39232-7603


J. Gary Massey                           Jimmy E. McElroy                       MidFirst Bank
Shapiro & Brown, LLC                     3780 S. Mendenhall                     %Bradley P Jones
1080 River Oaks Drive                    Memphis, TN 38115-0886                 1080 river Oaks Drive, Suite B-202
Suite B-202                                                                     Flowood, MS 39232-7603
Flowood, MS 39232-7603


Midland Mortgage                         Mississippi Department of Revenue      Navient
P.O. Box 268806                          Bankruptcy Section                     P.O. Box 9500
Oklahoma City, OK 73126-8806             Post Office Box 22808                  Wilkes Barre, PA 18773-9500
                                         Jackson MS 39225-2808


Navient Solutions, LLC on behalf of      Leigh Ann Nelson                       Rhett B. Nelson
Educational Credit Management Corporatio 1419 Deering Stree                     306 Canal Avenue
PO BOX 16408                             Cleveland, Ms 38732-3029               Cleveland, MS 38732-3001
St. Paul, MN 55116-0408


Net Credit                               One Main                               OneMain
175 W. Jackson                           P.O. Box 1010                          PO Box 3251
Chicago, IL 60604-2615                   Evansville, IN 47706-1010              Evansville, IN 47731-3251


Scott Nelson                             Tower Loan                             U. S. Department of Education
421 Norman Cr.                           P.O. Box 2058                          In care of U. S. Attorney
Cleveland, MS 38732-9722                 Pascagoula, MS 39569-2058              900  Jefferson Avenue
                                                                                Oxford MS 38655-3608


U. S. Trustee                            U.S. Attorney's Office/IRS             U.S. Department of Housing and Urban Develop
501 East Court Street, Suite 6-430       900 Jefferson Ave                      451 7th Street S.W.
Jackson, MS 39201-5022                   Oxford, MS 38655-3608                  Washington, DC 20410-0002
```

| WWC Finance | WWC Finance, Inc. | WWC Finance, Inc. |
|---|---|---|
| 451 W. Madison | c/o Robert H. Lomenick | C/O Robert Lomenick |
| Houston, MS 38851-2111 | P.O. Box 417 | P.O. Box 417 |
| | Holly Springs, MS 38635-0417 | Holly Springs, MS 38635-0417 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Attn: Special Processing Staff
100 West Capitol Street
Room 504
Jackson MS 39269

End of Label Matrix
Mailable recipients    32
Bypassed recipients     0
Total                  32

19-10956-SDM Rhett B. Nelson

# U.S. Bankruptcy Court

## Northern District of Mississippi

Notice of Electronic Filing

The following transaction was received from Jimmy E. McElroy entered on 4/4/2019 at 3:31 PM CDT and filed on 4/4/2019

**Case Name:**  Rhett B. Nelson
**Case Number:**  19-10956-SDM
**Document Number:** 18

**Docket Text:**
Amended Chapter 13 Plan Filed by Jimmy E. McElroy on behalf of Rhett B. Nelson (McElroy, Jimmy)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** PLAN-Amended.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1009998712 [Date=4/4/2019] [FileNumber=13773306-0
] [2daba0425dada4a0ee42c9efe6dd369d17247e8f644cf8df82f45d1e279b0f2a75c
2d967b434437269d8bba29ff9209c5c0ac36bf26d330ee70ab79859260f6a]]

**19-10956-SDM Notice will be electronically mailed to:**

Locke D. Barkley
sbeasley@barkley13.com

Bradley P. Jones on behalf of Creditor MIDFIRST BANK
msbankruptcy@logs.com

Robert H. Lomenick, Jr. on behalf of Creditor WWC Finance, Inc.
rlomenick@gmail.com, r47860@notify.bestcase.com;jhhurdle13@gmail.com

J. Gary Massey on behalf of Creditor MIDFIRST BANK
msbankruptcy@logs.com

Jimmy E. McElroy on behalf of Debtor Rhett B. Nelson
mcelroylawms@hotmail.com

U. S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

**19-10956-SDM Notice will not be electronically mailed to:**

Leigh Ann Nelson
1419 Deering Stree
Cleveland, Ms 38732

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Rhett B. Nelson** <br> Full Name (First, Middle, Last) | |
| Debtor 2 <br> (Spouse, if filing) | Full Name (First, Middle, Last) | |
| United States Bankruptcy Court for the | NORTHERN DISTRICT OF MISSISSIPPI | |
| Case number: <br> (If known) | 19-10956-JDW | ☑ Check if this is an amended plan, and list below the sections of the plan that have been changed. <br> 3.5 |

# Chapter 13 Plan and Motions for Valuation and Lien Avoidance    12/17

## Part 1:  Notices

**To Debtors:** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable. The treatment of ALL secured and priority debts must be provided for in this plan.

In the following notice to creditors, you must check each box that applies

**To Creditors:** Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I). The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015.

The plan does not allow claims. Creditors must file a proof of claim to be paid under any plan that may be confirmed.

The following matters may be of particular importance. **Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | ☑ Included | ☐ Not Included |
|---|---|---|---|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4. | ☑ Included | ☐ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 8. | ☐ Included | ☑ Not Included |

## Part 2:  Plan Payments and Length of Plan

**2.1    Length of Plan.**

The plan period shall be for a period of __60__ months, not to be less than 36 months or less than 60 months for above median income debtor(s). If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

**2.2    Debtor(s) will make payments to the trustee as follows:**

Debtor shall pay __$730.00__ (☑ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the debtor's employer at the following address:

**Coahoma Community College** <br>
**3240 Friars Point Road** <br>
**Clarksdale MS 38614-0000**

APPENDIX D                                                              Chapter 13 Plan                                                                         Page 1

Debtor   **Rhett B. Nelson** _____   Case number _____

Joint Debtor shall pay _____ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the joint debtor's employer at the following address:

_____
_____
_____

**2.3    Income tax returns/refunds.**

*Check all that apply*

☐    Debtor(s) will retain any exempt income tax refunds received during the plan term.

☐    Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all non-exempt income tax refunds received during the plan term.

☐    Debtor(s) will treat income refunds as follows:

**2.4 Additional payments.**
*Check one.*
☑    None. *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

### Part 3    Treatment of Secured Claims

**3.1    Mortgages. (Except mortgages to be crammed down under 11 U.S.C. § 1322(c)(2) and identified in § 3.2 herein.).**

*Check all that apply.*
☑    None. *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*
*Insert additional claims as needed.*

**3.2    Motion for valuation of security, payment of fully secured claims, and modification of undersecured claims.** *Check one.*

☐    None. *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*
      *The remainder of this paragraph will be effective only if the applicable box in Part 1 of this plan is checked.*

☑    Pursuant to Bankruptcy Rule 3012, for purposes of 11 U.S.C. § 506(a) and § 1325(a)(5) and for purposes of determination of the amounts to be distributed to holders of secured claims, debtor(s) hereby move(s) the court to value the collateral described below at the lesser of any value set forth below or any value set forth in the proof of claim. Any objection to valuation shall be filed on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I).

The portion of any allowed claim that exceeds the amount of the secured claim will be treated as an unsecured claim under Part 5 of this plan. If the amount of a creditor's secured claim is listed below as having no value, the creditor's allowed claim will be treated in its entirety as an unsecured claim under Part 5 of this plan. Unless otherwise ordered by the court, the amount of the creditor's total claim listed on the proof of claim controls over any contrary amounts listed in this paragraph.

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| WWC Finance | $13,500.00 | 2010 Chevy Camaro 101,000 miles ex-wife drives | $6,300.00 | $6,300.00 | 6.75% |

*Insert additional claims as needed.*

#For mobile homes and real estate identified in § 3.2: Special Claim for taxes/insurance:

| Name of creditor | Collateral | Amount per month | Beginning month |
|---|---|---|---|
| -NONE- | | | |

* Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District

Debtor    Rhett B. Nelson _____    Case number _____

For vehicles identified in § 3.2: The current mileage is _____

3.3    Secured claims excluded from 11 U.S.C. § 506.

*Check one.*
☑ None. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

3.4    Motion to avoid lien pursuant to 11 U.S.C. § 522.

*Check one.*
☐ None. *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*
*The remainder of this paragraph will be effective only if the applicable box in Part 1 of this plan is checked.*

☑ The judicial liens or nonpossessory, nonpurchase money security interests securing the claims listed below impair exemptions to which the debtor(s) would have been entitled under 11 U.S.C. § 522(b). Unless otherwise ordered by the court, a judicial lien or security interest securing a claim listed below will be avoided to the extent that it impairs such exemptions upon entry of the order confirming the plan unless the creditor files an objection on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I). Debtor(s) hereby move(s) the court to find the amount of the judicial lien or security interest that is avoided will be treated as an unsecured claim in Part 5 to the extent allowed. The amount, if any, of the judicial lien or security interest that is not avoided will be paid in full as a secured claim under the plan. See 11 U.S.C. § 522(f) and Bankruptcy Rule 4003(d). If more than one lien is to be avoided, provide the information separately for each lien.

| Name of creditor | Property subject to lien | Lien amount to be avoided | Secured amount remaining | Type of lien | Lien identification (county, court, judgment date, date of lien recording, county, court, book and page number) |
|---|---|---|---|---|---|
| Tower Loan | Springfield 40 caliber $175, 20 gauge shotgun $50, 46" TV $40, 50" TV $100, 42" TV $30, laptop $25 - Debtor no longer has any of the remaining property on the UCC | $420.00 | $0.00 | Agreement | UCC |

*Insert additional claims as needed.*

3.5    Surrender of collateral.

*Check one.*
☐ None. *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*
☑ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under § 1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 5 below.

| Name of Creditor | Collateral |
|---|---|
| USDA | 1419 Derring Street, Cleveland, MS 38732 |

## Part 4:    Treatment of Fees and Priority Claims

4.1    General
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

Mississippi Chapter 13 Plan    Page 3

Debtor   **Rhett B. Nelson**                                       Case number  _____

**4.2   Trustee's fees**
Trustee's fees are governed by statute and may change during the course of the case.

**4.3   Attorney's fees.**

☑ No look fee:  **$3,600.00**

   Total attorney fee charged:            $3,600.00

   Attorney fee previously paid:          $39.00

   Attorney fee to be paid in plan per
   confirmation order:                    $3,561.00

☐ Hourly fee: $_____ (Subject to approval of Fee Application.)

**4.4   Priority claims other than attorney's fees and those treated in § 4.5.**

*Check one.*
☐ None. If "None" is checked, the rest of § 4.4 need not be completed or reproduced.
☑ Internal Revenue Service        $10,000.00 .
☐ Mississippi Dept. of Revenue    $0.00 .
☐ Other _____     $0.00 .

**4.5   Domestic support obligations.**

☐ None. If "None" is checked, the rest of § 4.5 need not be completed or reproduced.

DUE TO: **Leigh A. Nelson**
POST PETITION OBLIGATION: In the amount of $  **1027.18**  per month beginning  **March 2019**
To be paid ☑ direct, ☐ through payroll deduction, or ☐ through the plan.

PRE-PETITION ARREARAGE: In the amount of $  **0.00**  through  **February 2019**
which shall be paid in full over the plan term, unless stated otherwise: _____
To be paid ☐ direct, ☐ through payroll deduction, or ☐ through the plan.

*Insert additional claims as needed.*

## Part 5:   Treatment of Nonpriority Unsecured Claims

**5.1   Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*
☐ The sum of $_____
☐ ____% of the total amount of these claims, an estimated payment of $_____
☑ The funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $**00.00**.
Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

**5.2   Other separately classified nonpriority unsecured claims (special claimants).** *Check one.*

☑ None. If "None" is checked, the rest of § 5.3 need not be completed or reproduced.

## Part 6:   Executory Contracts and Unexpired Leases

Debtor    Rhett B. Nelson                                           Case number

6.1    The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected. *Check one.*

☐ None. *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*
☑ Assumed items. Current installment payments will be disbursed either by the trustee or directly by the debtor(s), as specified below, subject to any contrary court order or rule. Arrearage payments will be disbursed by the trustee. The final column includes only payments disbursed by the trustee rather than by the debtor(s).

| Name of creditor | Description of leased property or executory contract | Current installment payment | Amount of arrearage to be paid | Treatment of arrearage |
|---|---|---|---|---|
| American Car Center | 2014 Ford Fusion | $500.00<br>Disbursed by:<br>☐ Trustee<br>☑ Debtor(s) | $0.00 | |

*Insert additional contracts or leases as needed.*

### Part 7: Vesting of Property of the Estate

7.1    Property of the estate will vest in the debtor(s) upon entry of discharge.

### Part 8: Nonstandard Plan Provisions

8.1    Check "None" or List Nonstandard Plan Provisions
☑    None. *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

### Part 9: Signatures:

9.1    Signatures of Debtor(s) and Debtor(s)' Attorney
*The Debtor(s) and attorney for the Debtor(s), if any, must sign below. If the Debtor(s) do not have an attorney, the Debtor(s) must provide their complete address and telephone number.*

X    /s/ Rhett B. Nelson                                      X    _____
     Rhett B. Nelson                                               Signature of Debtor 2
     Signature of Debtor 1

     Executed on    April 4, 2019                                   Executed on    _____

     306 Canal Avenue
     Address                                                        Address
     Cleveland MS 38732-0000
     City, State, and Zip Code                                      City, State, and Zip Code

     Telephone Number                                               Telephone Number

X    /s/ Jimmy E. McElroy                                     Date    April 4, 2019
     Jimmy E. McElroy #2540
     Signature of Attorney for Debtor(s)
     3780 S. Mendenhall
     Memphis, TN 38115
     Address, City, State, and Zip Code
     901-363-7283                                                   #2540 MS
     Telephone Number                                               MS Bar Number
     mcelroylawms@hotmail.com
     Email Address